UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
NORTHERN DIVISION

| | |
|---|---|
| Gina Argenbright, individually and on behalf of all others similarly situated, | 1:21-cv-05082 |
| Plaintiffs, | |
| - against - | |
| Bob's Discount Furniture, LLC and Guardian Protection Products, Inc., | |
| Defendants | |

### CONSENT MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT AND AN EXTENSION TO ANSWER THE COMPLAINT

Plaintiff Gina Argenbright ("Plaintiff") and Defendants Bob's Discount Furniture, LLC and Guardian Protection Products, Inc. ("Defendants"), through their undersigned counsel, jointly move the Court, pursuant to Fed. R. Civ. P. 6(b), for leave to file an Amended Complaint by December 10, 2021, and an extension of Defendants' answers or responsive pleadings currently set for December 27, 2021, until January 24, 2022, based on the following facts:

1. The Complaint was filed on September 26, 2021. ECF No. 1.

2. On October 27, 2021, Defendants waived service of the summons, setting their answers or responsive pleadings due on December 27, 2021. ECF Nos. 11-12.

3. The parties request leave for an amended complaint to be filed by December 10, 2021, in the interest of avoiding unnecessary investments of time and money.

4. The parties request an extension for Defendants' answers or responsive pleadings to be filed by January 24, 2022, so that they have time to evaluate the amended complaint.

5. Counsel for the parties have conferred and agree in making this request.

6.   This Motion is not presented to cause unnecessary delay, or for any improper purpose.

7.   The parties have not sought any prior adjournments of the answer or responsive pleadings.

WHEREFORE, the Parties respectfully request that the Court grant leave for Plaintiff to file an amended complaint by December 10, 2021 and enter an Order extending the due date of answers or responsive pleadings of the Defendants from December 27, 2021 to January 24, 2022.

Dated:   November 29, 2021

Respectfully submitted,

Holland & Knight LLP
/s/Robert M. Shaw
Robert M. Shaw
Robert.shaw@hklaw.com
10 St James Ave
Boston MA 02116
Tel: (617) 305-2018

*Attorneys for Defendant*
*Bob's Discount Furniture, LLC*

Armstrong Teasdale LLP
/s/IJay Palansky
IJay Palansky
ipalansky@atllp.com

4643 S Ulster St, Ste 800
Denver CO 80237
Tel: (720) 200-0676

*Attorneys for Defendant*
*Guardian Protection Products, Inc.*

Sheehan & Associates, P.C.
/s/Spencer Sheehan
Spencer Sheehan
spencer@spencersheehan.com
60 Cuttermill Rd Ste 409
Great Neck NY 11021
Tel: (516) 268-7080

*Attorneys for Plaintiffs*