# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Gina Argenbright

                                        Plaintiff,

v.                                                                        Case No.: 1:21−cv−05082
                                                                       Honorable Edmond E. Chang

Bob's Discount Furniture, LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 2, 2021:

      MINUTE entry before the Honorable Edmond E. Chang: The Plaintiff's agreed motion to file amended complaint is granted. The amended complaint is due on 12/10/2021. The answer or response to the complaint is due on 01/24/2022. The tracking status hearing of 01/14/2022 is reset to 02/04/2022 at 8:30 a.m., but to track the case only (no appearance is required, the case will not be called). Instead, the parties shall file the joint initial status report, R. 7−1, by 01/26/2022. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.